**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**INDEPENDENCE COUNTY, ARKANSAS,** *et al.*                            **PLAINTIFFS**

**v.**                              **1:07-CV-00033 WRW**

**PFIZER, INC.,** *et al.*                                            **DEFENDANTS**

**ORDER**

Pending are Plaintiffs' Motion to Remand (Doc. No. 27) and Defendants' Motion to Sever Non-Diverse Local Defendants (Doc. No. 33). Plaintiffs have filed a Response to Defendants' Motion (Doc. No. 38), in which they join in the Defendants' Motion to Sever.

The Motion to Sever is GRANTED. The Motion to Remand is GRANTED in part and DENIED in part. Accordingly, Defendants American Novelties; Cliff McQuay, Cliff McQuay, Jr., and Ellen McQuay, d/b/a Cliff McQuay Sales Company; and Jr. Food Mart of Arkansas, Inc., are remanded to the Circuit Court of Independence County, Arkansas.

IT IS SO ORDERED this 10th day of October, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE