

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| INDEPENDENCE COUNTY, ARKANSAS, *et al.* | | PLAINTIFFS |
| VS. | NO. 1:07-CV-00033 WRW | |
| PFIZER, INC., *et al.* | | DEFENDANTS |

### ORDER

A Rule 16(b) telephone conference was held on October 18, 2007. All parties were represented during the hearing. All Rule 16(b) issues are Ordered to be held in abeyance pending resolution of Defendants Motion for Judgment on the Pleadings (Doc. No. 43), Motion to Stay Discovery (Doc. No. 46), and Motion for "Lone Pine" Order (Doc. No. 48). Plaintiffs have until November 13, 2007 to respond to these pending motions.

IT IS SO ORDERED this 22nd day of October 2007.

/s/ William R. Wilson, Jr.
William R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE