# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**INDEPENDENCE COUNTY, ARKANSAS** *et al.*                                          **PLAINTIFFS**

**VS.**                                          **1:07CV00033-WRW**

**PFIZER, INC.,** *et al.*                                          **DEFENDANTS**

## ORDER

It is agreed between the parties that the Plaintiffs have until November 20, 2007, to respond to Defendants' Motion for Judgement on the Pleadings (Doc. No. 43), Motion to Stay Discovery (Doc. No.46), and Motion for "Lone Pine" Order (Doc. No. 48).

IT IS SO ORDERED this 8th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE