IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**INDEPENDENCE COUNTY, ARKANSAS,** *et al.*            **PLAINTIFFS**

VS.            NO. 1:07-CV-00033 WRW

**PFIZER, INC.,** *et al.*            **DEFENDANTS**

### ORDER

By agreement of the parties and order of this Court, Defendants shall have until December 13, 2007 to file reply briefs in support of their Motion for Judgment on the Pleadings (Doc. No. 43), and Motion for "Lone Pine" Order (Doc. No. 48).

IT IS SO ORDERED this _26th_ day of November, 2007.

/s/ William R. Wilson, Jr.
William R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

2710976v1