# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**INDEPENDENCE COUNTY,** *et al.*                                                                    **PLAINTIFFS**

**v.**                                         **1:07CV00033-WRW**

**PFIZER, INC.,** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 11th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE